IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-CV-80664-WPD

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

HEALTH FOODS, LLC,
d/b/a BREWER IGA,,

    Defendant.

_____

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

    A. Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.

    B. Health Foods, LLC d/b/a Brewer IGA

    C. Copycat Legal PLLC

    D. Daniel DeSouza, Esq.

    E. James D'Loughy, Esq.

|  |  |
|---|---|
| Dated: May 3, 2022. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>james@copycatlegal.com<br><br>By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    James D'Loughy, Esq.<br>    Florida Bar No.: 52700 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record and via U.S. Mail to Health Foods, LLC d/b/a Brewer IGA, 87 S Main Street, Brewer, ME, 04412.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.